**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Lenneth Suggs, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 08 C 6688 |
| | ) | Jury Demand |
| v. | ) | |
| | ) | Judge Shader |
| City of Chicago, et al., | ) | |
| | ) | Magistrate Judge Keys |
| Defendants. | ) | |

## DEFENDANTS MOTION FOR SANCTIONS AND DISMISSAL FOR PLAINTIFFS' FAILURE TO ANSWER CONTENTION INTERROGATORIES

Defendants, Officers Zinchuck, Duggan, Watkins, Wazny, Kroll, Lacz, Frigo, Sgt. Little, Wyroba, Kroski, Struke, Amorella, Roehl, Commander Roussell, Mason, Reina, Killroy, Stevens, Commander Green, Torres, Schmuck, Zelig, Conway, Spedale, Marron, Edwards, Siwek, Laureto, Fico, Franco, Celio, Bronnsetter, Rhein, Keel, Zygowicz, Lorden, Kuhar, Oboikovitz, McCants, Davis, King, Anderson, Kelly, Johnson, McDonough, Troutman, Delcid, O'Connor, Black, Gross, Bartuch, DeFelise, Deehan, Leck, Cardenas, Hughes, Wilson, Niedweicki, Smith, Agee, Phillips, Colon, Tully, Parris, Buhrke, Burgess, Lopez, Mueller, Figus, Romero, Ubranski, Whitten, Hood, Drayton, Keeter, Curry, Gass, Hoffman, McInnis, Keany, O'Shaunessy, Schnoor, O'Carroll, Martinez and City of Chicago, by its attorney, Tiffany Y. Harris, Assistant Corporation Counsel, now come for their motion for sanctions and dismissal against the plaintiffs for failure to answer contention interrogatories and offers in support thereof:

1. Plaintiffs filed the above-captioned lawsuit alleging that on November 4, 2008, after the election of President Barack Obama, the defendants violated their civil rights by interfering with the plaintiffs' alleged peaceful celebrations of the President as well as committing acts of excessive force upon the plaintiffs as well as false arrest and unreasonable search and seizure.

2. Defendants sent contention interrogatories to the plaintiffs on May 11, 2009.

3. Plaintiffs failed to answer contention interrogatories as well as other requested interrogatories and the defendants were forced to file motion to compel which was heard by the Honorable Milton Shadur on July 21, 2009, at which time Judge Shadur ordered the plaintiffs to answer interrogatories by July 31, 2009. Judge Shadur provided that failure to comply with his order would result in a dismissal for want of prosecution as to all plaintiffs who failed to answer interrogatories by July 31, 2009.

4. Defendants were then forced to file a second motion to compel on September 1, 2009 before Magistrate Judge Keys due to plaintiffs' failure to comply with discovery.

5. On September 25, 2009, Magistrate Judge Keys entered an order compelling the plaintiffs to answer contention interrogatories by November 15, 2009 after receiving information from the defendants regarding additional officers who may have been involved in the November 4, 2008 incident.

6. Defendants provided a list to the plaintiffs of all officers who may have been involved in the November 4th 2008 incident and plaintiffs have since amended their complaint yet have still failed to answer defendants' contention interrogatories.

7. Defendants also produced the Ilana Rosenzweig from the Independent Police Review Authority on November 4, 2009.

8. Plaintiffs filed their amended complaint on November 9, 2009.

9. On November 18, 2009 Magistrate Judge Keys entered a court order requiring the plaintiffs to answer contention interrogatories by December 21, 2009.

10. Despite numerous efforts on behalf of the defendants to obtain answers to the contention interrogatories through multiple conversations and written correspondence with the attorneys for the plaintiffs, nearly six months after having served the contention interrogatories upon the plaintiffs, plaintiffs have still failed to answer said interrogatories.

11. While before Magistrate Keys on December 21, 2009, plaintiffs did not request any additional time to answer the contention interrogatories nor did plaintiff mention they anticipated difficulty with answering the contention interrogatories and might require an extension.

12. Plaintiffs then asked the defendants for an extension until December 28, 2009 to answer the contention interrogatories. Defendants graciously agreed to the plaintiffs' request for a one week extension and agreed to grant plaintiffs until noon on Monday December 28, 2009 to deliver the plaintiffs' answers to contention interrogatories to the offices of counsel for the defendants.

13. As of noon on December 28, 2009, plaintiffs have still failed to answer defendants' contention interrogatories.

14. Plaintiffs' are deliberately ignoring crucial deadlines which are imperative to the litigation of this case.

15. Defendants are unable to move forward without plaintiffs' answers to contention interrogatories.

16. Defendants have been patient and made every attempt to work with plaintiffs to obtain answers to the contention interrogatories.

17. However, plaintiffs continue to blatantly ignore court imposed deadlines and disregard agreements between plaintiffs and defendants to comply with outstanding discovery in the form of contention interrogatories.

18. Defendants seek an order for sanctions in the form dismissing plaintiffs' amended complaint pursuant to Federal Rule 37 (b)(2)(A)(v) which provides that failure to comply with a court order can result in dismissal of the action.

Wherefore, for the above-stated reasons, defendants respectfully request that this Court grant defendants' Motion to for Sanctions by dismissing the plaintiffs' amended complaint for failure to answer contention interrogatories and any other relief this Honorable Court deems appropriate.

**DATED: DECEMBER 28, 2009**

        Respectfully Submitted,
        Tiffany Y. Harris
        Assistant Corporation Counsel
        By:    */s/ Tiffany Y. Harris*

30 North LaSalle Street
Suite 900
Chicago, IL 60602
312-744-7684