# EXHIBIT A



**City of Chicago**
**Richard M. Daley,**
**Mayor**

**Department of Law**

Mara S. Georges
Corporation
Counsel

Individual Defense
Litigation
Suite 1400
30 North LaSalle
Street
Chicago, Illinois
60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)
http://www.cityofchica
go.org

December 9, 2009

Sarah Boshears
The Blake Horwitz Law Firm
Two First National Plaza
20 S. Clark Street / Suite 500
Chicago, IL 60603

     Re: *Suggs v. City* 08
      C 6688

Dear Counsel:

This letter is in response to your letter of December 4, 2009. I have enclosed a copy of our 26(a)(1) disclosures which was sent to plaintiffs on August 26, 2009. Please also refer to Bates stamped documents FCRL 0001 through 0958 as well as two CDs (911 OEMC).

On October 30, 2009, Derek Payette sent you a letter listing approximately 81 additional Chicago Police Officers, where they were located on November 4 or 5, 2008, and whether or not they deployed OC spray, or whether it can be determined if they deployed OC spray. Whether or not any of these individual Chicago Police Officers were involved in the incidents at issue must be determined by plaintiffs through the process of discovery. Perhaps plaintiffs' responses to the contentions interrogatories which are due on December 21, 2009, will help them determine "which of the newly named defendant officers were involved in the incidents at issue in this lawsuit.

Moreover, although Ms. Rosenzweig may have indicated that additional documents have been generated by IPRA, those documents have not been produced to us. When we receive those documents, we will review them and then produce them to you. As of this date, no additional documents have been produced to the defendants, from IPRA or from the Chicago Police Department. Again, to date, defendants have provided plaintiffs with approximately 1000 pages of documents.

Both Mr. Payette and Mr. Noland represented Ms. Rosenzweig at her deposition and Mr. Payette has filed an appearance for the City of Chicago in order to help facilitate the listing of the additional Chicago Police Officers referred to above. Neither of them has represented any position with respect to the production of documents by any defendant and Mr. Payette will shortly be withdrawing his appearance.





Please direct any future correspondence concerning any discovery issue to my attention. If you have any questions regarding the above, please contact me at the number listed below.

Sincerely

ieri Lynn
Yanow Senior
Assistant
Corporation
Counsel
(312)744-2837
Fax:(312)744-
6566

# EXHIBIT B



**City of Chicago**
**Richard M. Daley,**
**Mayor**

**Department of Law**

Mara S. Georges
Corporation
Counsel

Via Facsimile

December 22, 2009

Blake Horwitz
Sara Boshears
The Blake Horwitz Law Firm
Two First National Plaza
20 S. Clark Street / Suite 500
Chicago, IL 60603

　　　　Re: *Suggs v. City*
　　　　　　08 C 6688

Dear Counsel:

I received a telephone message from Ms. Boshears stating that due to the reorganization of your firm and the upcoming holidays, plaintiffs would not be tendering their responses to contentions interrogatories until sometime next week.

As you know, Judge Keys granted our motion to compel and gave you sufficient time to respond to those interrogatories which were due yesterday, December 21, 2009.

I also understand that Ms. Boshears spoke with Ms. Fronczak and related to her that while the interrogatories were done, you wanted some additional time to review the responses. Ms. Fronczak asked Ms. Boshears why you had not asked Judge Keys yesterday in court for additional time to respond or mentioned at that time that plaintiffs would not be complying with the court's order that contentions interrogatories must be answered by December 21, 2009 .

Because this is a holiday week, we will agree to give plaintiffs some addtional time, up to noon on December 28, 2009, to comply with Judge Keys' order to fully answer all contentions interrogatories. Please have all responses to contentions interrogatories hand delivered to our office (30 N. LaSalle Street, Suite 900, Chicago, IL 60602) to my attention, before noon on December 28, 2009.



Page Two December
22,
2009

If you have any
questions concerning
the above, feel free to
contact me at the
number listed below.

Sincerely

Geri Lynn Yanow
Senior Assistant Corporation Counsel
(312)744-2837
Fax:(312)744-6566

# MESSAGE CONFIRMATION

## DEC-22-2009
## 01:07 PM TUE

FAX NUMBER     7446566
NAME           FCRL

| NAME/NUMBER | 913123727076 |
|---|---|
| PAGE | 3 |
| START TIME | DEC-22-2009 01:07PM TUE |
| ELAPSED TIME | 00' 22" STD ECM [ O.K] |
| MODE | |
| RESULTS | |



**City of Chicago Richard M. Daley, Mayor**

**Man S. George: Corporation Counsel**

**individual Defense litigation Suite 1400 30 North USalle Street (Vicago, Illinois WWO2-2580 (312) 742-6433 (312) 744-65«(FAX) (312) 744-9104 (TrY) littp://wm».cityofd!kago.org**

**TO:**

COMPANY:.

FAX NO.:

FROM:                *U*

(

PHONE #:

FAX#:     (312)744-6566

DATE:

PAGES TO FOLLOW:

MESSAGE:

_____

_____

_____

_____

*IMPORTANT;   THE INFORMA TION CONTAINED IN THIS FACSIMILE MESSAGE MAYBE CONFIDENTIAL AND/OR LEG ALL Y PRIVILEGED INFORMATION INTENDED ONLY FOR THE USE OF TOE INDIVIDUAL OR ENTITY NAMED ABOVE IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY COPYING, DISSEMINATION, OR DISTRIBUTION OF CONFIDENTIAL OR PRIVILEGED INFORMATION IS STRICTLY PROHIBITED, IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE*

*(312) 7424433, AND RETURN THE ORIGINAL MESSAGE TO*



*US AT THE ABOVE ADDRESS VIA THE UNITED STATES*
**POSTAL SERVICE. THANK YOU.**





**City of Chicago Richard M. Daley, Mayor**

**Department of La w**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago. Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago,org

COMPANY:

TO: **FAX COVER SHEET**

FAX NO.:

FROM:

PHONE #:

FAX#:  (312)

DATE:
(312)744-6566

PAGES TO FOLLOW:

MESSAGE:

*IMPORTANT:*   Jfi^ *INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE MAYBE CONFIDENTIAL AND/OR LEGALL Y PRIVILEGED INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY COPYING, DISSEMINATION, OR DISTRIBUTION OF CONFIDENTIAL OR PRIVILEGED INFORMATION IS STRICTLY PROHIBITED. IF YOU*

*ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.*