# EXHIBIT

# B



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

<u>Via US Mail and Fax</u>

February 9, 2009

Fabian J. Rosati
The Blake Horowitz Law Firm
20 S. Clark, Suite 500
Chicago, Il 60603
Fax: 312-372-7076

RE:  *Suggs et al v. Zinchuck et al 08-6688*

Dear Fabian Rosati,

This letter concerns plaintiffs' notice of deposition submitted to Defendants on February 4, 2010.

| | |
|---|---|
| 30(b)6 witness to explain words/codes contained in defendants discovery responses at bates No. 959-1724 | February 18, 2010 |

Objection: Defendants object to this notice of deposition as being overbroad, unduly burdensome and vague as to the terms "words/codes" contained in defendants discovery responses on 765 identified individual document pages.

| | |
|---|---|
| 30(b)6 witness to testify with specificity as to what work/investigation has been conducted relative to discerning which officers could have been the relevant vicinity and used O.C. spray at the relevant times. The witness should also identify what documentation was used in order to develop his/her testimony and to provide any such documentation if not previously disclosed. | February 18, 2010 |

Objection: Attorney-client privilege and work product privilege. Without waving said objection, see the October 30, 2009 letter sent by Dykema Gossett responding specifically to this request.






City of Chicago
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

| | |
|---|---|
| 30(b)6 witness to testify with specificity as to the identification of each officer known to 1) have discharged O.C. spray in the relevant vicinity and during the relevant times; 2) known to have been present in the 15th District at the above times; 3) known to have been and/or could have present in and around the relevant vicinity during the relevant times. The witness should also identify what documentation was used in order to develop his/her testimony and to provide any such if not previously disclosed. | February 18, 2010 |

Objection: Same objection as above

| | |
|---|---|
| 30(b)6 witness to testify with specificity as to the procedures that were to be followed by law enforcement officers on 11/4/08 - 11/5/08 relative to the documentation of the use of O.C. spray. | February 18, 2010 |

Defendants are identifying the appropriate 30(b)(6) witness and will contact Plaintiff with the available dates for their depositions

| | |
|---|---|
| 30(b)6 witness to testify with specificity as to which vehicles used by the city of Chicago police officers had GPS capabilities that were used during the relevant times and in the relevant vicinity and what information the city possesses relative to more specific locations of said vehicles during the relevant time. | February 18, 2010 |

Defendants are identifying the appropriate 30(b)(6) witness and will contact Plaintiff with the available dates for their depositions







**City of Chicago**
**Richard M. Daley, Mayor**

Department of Law

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

| | |
|---|---|
| 30(b)6 witness to testify with specificity as to the identity of each and every law enforcement officer that was issued O.C. spray on 11/4/08 - 11/5/08 and to produce and identify each and every document the city possesses attributable to distribution of O.C. spray including but not limited to any serial numbers on the subject O.C. spray canisters. | February 19, 2010 |

Objection: Defendants object to this notice of deposition as being overbroad, unduly burdensome. Furthermore, Defendants have previously complied with this request.

| | |
|---|---|
| 30(b)6 witness to testify with specificity as to law enforcement officers' duty/obligation to respond "line by line" to the "To/From Subject Reports" produced in defendants discovery responses, for example bates 1551-1724. | February 19, 2010 |

Objection: Defendants object to this notice of deposition as being overbroad, unduly burdensome and vague as to the "officer's duty/obligation to respond "line by line" to the "To/From Subject Reports."

| | |
|---|---|
| 30(b)6 witness to explain the words/codes of any PDT report/transmission tendered by defendants in their discovery responses, for example bates 978-1550. | February 19, 2010 |

Defendants are identifying the appropriate 30(b)(6) witness and will contact Plaintiff with the available dates for their depositions.







**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

Sincerely,

Andrea Cook

Andrea Cook
Assistant Corporation Counsel
Federal Civil Rights Litigation
30 N. LaSalle, Suite 900
Chicago, Il 60602
Tel: 312-742-7042
Fax: 312-744-6566





# EXHIBIT

# C



Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606

WWW.DYKEMA.COM

Tel: (312) 876-1700
Fax: (866) 562-8081

**Derek B. Payette**
Direct Dial: (312) 627-2504
Email: DPAYETTE@DYKEMA.COM

October 30, 2009

Mr. Blake Horwitz
Horwitz, Richardson & Baker
Two First National Plaza
20 S. Clark Street, Suite 500
Chicago, Illinois 60603

      RE: Lenneth Suggs, et al. v. Officer Zinchuck, et al. 08cv6688

Dear Counsel,

      Police department documentation and interviews with Chicago Police Department personnel suggest that the following Chicago police officers may have deployed OC ("pepper") spray on November 4 or 5, 2008 in the area between North Laramie Avenue to the east, North Latrobe Avenue to the west, West Lake Street to the north, and West Washington Street to the south:

Lt. Michael Stevens #609

(Unit 1569)
Sgt. Matthew Little #885
Albert Wyroba #97384
John Zinchuck #3893
Timothy Duggan #4607
Adam Wazny #11019
Andrew Kroll #14373
Wojciech Lacz #15609

(Unit 1565)
Sgt. Donald Kroski #1777
David Zelig #5443
Daniel Conway #6141
Joseph Spedale #6393
Sean Marron #7048
Jeffrey M. Edwards #13344

Daniel L. Freeman #19212

(Unit 1562)
Sgt. Mark Struke #1039
Michael Amorella #10544
Peter Roehl #14128

Based on police department documentation and interviews with Chicago Police Department personnel, the City of Chicago is unable to determine whether the following Chicago police officers may have deployed OC ("pepper") spray on November 4 or 5, 2008 in the area between North Laramie Avenue to the east, North Latrobe Avenue to the west, West Lake Street to the north, and West Washington Street to the south:

Sgt. Salvatore Reina #2622
Jeffrey Siwek #1294
Steven Laureto #5882
Vincent Fico #6284
Wayne Frano #8064
Michael Napoli #9560
John Frano #11772
Vincent Celio #12569
Marvin Bronnsetter #15963

Police department documentation and interviews with Chicago Police Department personnel suggest that the following officers were present in the area between North Laramie Avenue to the east, North Latrobe Avenue to the west, West Lake Street to the north, and West Washington Street to the south at some point on November 4 or 5, 2008, but did not discharge O/C ("pepper") spray in that area:

Terry Frigo #8585
William Killroy #280

Sgt. Charles Rhein #2164
Kevin Keel #13226
Peter Zygowicz #12477
Gary Lorden #11893
Joel Kuhar #10320
Dennis Oboikovitz #18708
Lamone McCants #7004
James Davis #17108
Canine Officer King #16952

Sgt. Thomas Mason #2368
Michael Anderson #2282
Kevin Kelly #3342
Mark Johnson #4922

Matthew McDonough #16586
Jeffrey Troutman #18797
Robert Delcid #19548

Sgt. Mark O'Connor #2384
Ronni Black #8943
Fred Gross #8953
John Bartuch #18458
Richard Defelise #14307
Darren Deehan #14203
Scott Leck #2572
Juan Cardenas #11671

Sgt. Fred Hughes #1719
Janice Wilson #11352
Alicja Niedweicki #11319
Torrence Smith #17151
Laurence Agee #12704
Cecil Phillips #6657
Walldy Colon #2929
Martin Tully #7817
George Parris #3401

Sgt. Jim Buhrke #1433
Caroline Burgess #6564
Joseph Lopez #15739
Todd Mueller #15562
Stanley Figus #18305
Miguel Romero #9955
Ray Urbanski #6323
Ricky Whitten #8163
Brain Hood #10598

Sgt. Kenneth Drayton, 2180
Sgt. Joseph Keeter, 2647
PO John Curry, 14800
PO George Gass, 11672
PO Christopher Hoffman, 13208
PO Patrick McInnis, 18929
PO Anthony Keany, 10156
PO Thomas O'Shaunessy, 19271
PO Timothy Schnoor, 15401
Canine officer O'Carroll, 18286
Canine Officer Martinez, 7952

Please contact me if you have any questions regarding this matter.

Sincerely,

**DYKEMA GOSSETT** PLLC

Derek B. Payette

# EXHIBIT

# D



City of Chicago
Richard M Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Andrea Cook
Assistant Corporation Counsel
Federal Civil Rights Litigation
30 North LaSalle
Suite 900
Chicago, Illinois 60602

(312)742-7042
(312)744-6566(FAX)
(312)744-2963 (TTY)
http://www.ci.chi.il.us

Via US Mail and Fax

February 11, 2009

Fabian J. Rosati
The Blake Horowitz Law Firm
20 S. Clark, Suite 500
Chicago, Il 60603
Fax: 312-372-7076

RE:     *Suggs et al v. Zinchuck et al 08-6688*

Dear Fabian Rosati:

This letter serves to memorialize our conversation on February 11, 2010 regarding Defendants' objections to Plaintiff's 30(b)6 notice of deposition. Per our conversation, Plaintiffs have agreed to narrow their request regarding the 30(b)6 witness to explain words/codes contained in defendants discovery responses at bates No. 959-1724.

Second, Defendants have agreed to investigate whether any policies exist regarding law enforcement officers' duty/obligation to respond "line by line" to the "To/From Subject Reports." Furthermore, Defendants have agreed to contact Plaintiffs regarding the scheduling of 30(b)6 witnesses who will testify regarding GPS capabilities and GPS transmissions. Defendants are identifying the appropriate witnesses and will contact Plaintiff with available dates shortly.

Defendants maintain their objections to the remaining requests in Plaintiffs' notice of depositions and no further resolution was reached during our conversation. Defendants again referred Plaintiffs to the documents previously produced during ongoing discovery and the October 30, 2009 letter tendered by Dykema Gossett.

If there are any other requests or responses to Defendants' objections, feel free to respond in writing.

Yours truly,

Andrea Cook
Assistant Corporation Counsel
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
30 North LaSalle, Suite 900
Chicago, Illinois 60602
(312) 742-7042
(312)744-6566 fax number