# EXHIBIT

# C



Dykema Gossett PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
WWW.DYKEMA.COM

Tel: (312) 876-1700
Fax: (866) 562-8081

**Derek B. Payette**
Direct Dial: (312) 627-2504
Email: DPAYETTE@DYKEMA.COM

October 30, 2009

Mr. Blake Horwitz
Horwitz, Richardson & Baker
Two First National Plaza
20 S. Clark Street, Suite 500
Chicago, Illinois 60603

      RE: Lenneth Suggs, et al. v. Officer Zinchuck, et al. 08cv6688

Dear Counsel,

      Police department documentation and interviews with Chicago Police Department personnel suggest that the following Chicago police officers may have deployed OC ("pepper") spray on November 4 or 5, 2008 in the area between North Laramie Avenue to the east, North Latrobe Avenue to the west, West Lake Street to the north, and West Washington Street to the south:

Lt. Michael Stevens #609

(Unit 1569)
Sgt. Matthew Little #885
Albert Wyroba #97384
John Zinchuck #3893
Timothy Duggan #4607
Adam Wazny #11019
Andrew Kroll #14373
Wojciech Lacz #15609

(Unit 1565)
Sgt. Donald Kroski #1777
David Zelig #5443
Daniel Conway #6141
Joseph Spedale #6393
Sean Marron #7048
Jeffrey M. Edwards #13344

Daniel L. Freeman #19212

(Unit 1562)
Sgt. Mark Struke #1039
Michael Amorella #10544
Peter Roehl #14128

     Based on police department documentation and interviews with Chicago Police Department personnel, the City of Chicago is unable to determine whether the following Chicago police officers may have deployed OC ("pepper") spray on November 4 or 5, 2008 in the area between North Laramie Avenue to the east, North Latrobe Avenue to the west, West Lake Street to the north, and West Washington Street to the south:

Sgt. Salvatore Reina #2622
Jeffrey Siwek #1294
Steven Laureto #5882
Vincent Fico #6284
Wayne Frano #8064
Michael Napoli #9560
John Frano #11772
Vincent Celio #12569
Marvin Bronnsetter #15963

     Police department documentation and interviews with Chicago Police Department personnel suggest that the following officers were present in the area between North Laramie Avenue to the east, North Latrobe Avenue to the west, West Lake Street to the north, and West Washington Street to the south at some point on November 4 or 5, 2008, but did not discharge O/C ("pepper") spray in that area:

Terry Frigo #8585
William Killroy #280

Sgt. Charles Rhein #2164
Kevin Keel #13226
Peter Zygowicz #12477
Gary Lorden #11893
Joel Kuhar #10320
Dennis Oboikovitz #18708
Lamone McCants #7004
James Davis #17108
Canine Officer King #16952

Sgt. Thomas Mason #2368
Michael Anderson #2282
Kevin Kelly #3342
Mark Johnson #4922

Matthew McDonough #16586
Jeffrey Troutman #18797
Robert Delcid #19548

Sgt. Mark O'Connor #2384
Ronni Black #8943
Fred Gross #8953
John Bartuch #18458
Richard Defelise #14307
Darren Deehan #14203
Scott Leck #2572
Juan Cardenas #11671

Sgt. Fred Hughes #1719
Janice Wilson #11352
Alicja Niedweicki #11319
Torrence Smith #17151
Laurence Agee #12704
Cecil Phillips #6657
Walldy Colon #2929
Martin Tully #7817
George Parris #3401

Sgt. Jim Buhrke #1433
Caroline Burgess #6564
Joseph Lopez #15739
Todd Mueller #15562
Stanley Figus #18305
Miguel Romero #9955
Ray Urbanski #6323
Ricky Whitten #8163
Brain Hood #10598

Sgt. Kenneth Drayton, 2180
Sgt. Joseph Keeter, 2647
PO John Curry, 14800
PO George Gass, 11672
PO Christopher Hoffman, 13208
PO Patrick McInnis, 18929
PO Anthony Keany, 10156
PO Thomas O'Shaunessy, 19271
PO Timothy Schnoor, 15401
Canine officer O'Carroll, 18286
Canine Officer Martinez, 7952

Please contact me if you have any questions regarding this matter.

Sincerely,

**DYKEMA GOSSETT** PLLC

Derek B. Payette