# EXHIBIT

# D



City of Chicago
Richard M Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Andrea Cook
Assistant Corporation Counsel
Federal Civil Rights Litigation
30 North LaSalle
Suite 900
Chicago, Illinois 60602

(312)742-7042
(312)744-6566(FAX)
(312) 744-2963 (TTY)
http://www.ci.chi.il.us

**Via US Mail and Fax**

February 11, 2009

Fabian J. Rosati
The Blake Horowitz Law Firm
20 S. Clark, Suite 500
Chicago, Il 60603
Fax: 312-372-7076

RE:    *Suggs et al v. Zinchuck et al* 08-6688

Dear Fabian Rosati:

This letter serves to memorialize our conversation on February 11, 2010 regarding Defendants' objections to Plaintiff's 30(b)6 notice of deposition. Per our conversation, Plaintiffs have agreed to narrow their request regarding the 30(b)6 witness to explain words/codes contained in defendants discovery responses at bates No. 959-1724.

Second, Defendants have agreed to investigate whether any policies exist regarding law enforcement officers' duty/obligation to respond "line by line" to the "To/From Subject Reports." Furthermore, Defendants have agreed to contact Plaintiffs regarding the scheduling of 30(b)6 witnesses who will testify regarding GPS capabilities and GPS transmissions. Defendants are identifying the appropriate witnesses and will contact Plaintiff with available dates shortly.

Defendants maintain their objections to the remaining requests in Plaintiffs' notice of depositions and no further resolution was reached during our conversation. Defendants again referred Plaintiffs to the documents previously produced during ongoing discovery and the October 30, 2009 letter tendered by Dykema Gossett.

If there are any other requests or responses to Defendants' objections, feel free to respond in writing.

Yours truly,

*Andrea Cook*
Andrea Cook
Assistant Corporation Counsel
City of Chicago, Department of Law
Federal Civil Rights Litigation Division
30 North LaSalle, Suite 900
Chicago, Illinois 60602
(312) 742-7042
(312)744-6566 fax number