**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LENNETH SUGGS, et al.** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 08 C 6688 |
| | ) | |
| v. | ) | JUDGE SHADUR |
| | ) | |
| **CITY OF CHICAGO, et al.** | ) | MAG. JUDGE GILBERT |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

To: BLAKE HORWITZ
20 S. Clark St., suite 500
Chicago, IL 60603

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL; AND DEFENDANTS' MOTION FOR PROTECTIVE ORDER**.

I hereby certify that I have served this notice and attached document by causing it to be delivered via e-filing to the persons named above, "Filing Users" pursuant to the Case Management/Electronic Case files on 8-12-10, in accordance with the rules on electronic filing of documents

Respectfully submitted,
s/ Sanjay Patel
Assistant Corporation Counsel
30 N. LA SALLE ST., SUITE 900
CHICAGO, ILLINOIS 60602
(312) 742-3902
ATTORNEY NO. 6272840