IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LATANYA ALEXANDER, et al.,    )
                              )
           Plaintiffs,        )
                              )
     v.                       )    No.  08 C 6688
                              )
OFFICER ZINCHUCK, et al.,     )
                              )
           Defendants.        )

## MEMORANDUM ORDER

On April 3, 2012 defendants filed a motion to dismiss two of the numerous plaintiffs in this case, Tanjanika Smith ("Smith") and Frank James ("James"). This Court set an April 17 response date, but that date has come and gone without any input from plaintiffs' counsel.

That omission may be understandable. As for Smith, her addition as a defendant in the Third Amended Complaint filed September 19, 2011 clearly falls outside of the two-year limitation under 42 U.S.C. §1983 and the one-year limitation period under state law. And as for James, he had been named as a defendant earlier but was dismissed out on September 21, 2009, and no basis is advanced for his reinsertion.

Accordingly defendants' motion is granted in its entirety. Both Smith and James are dismissed from this action.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date:  April 26, 2012