# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LATANYA ALEXANDER, as special administratrix of the estate of LENNETH SUGGS, *et. al.* <br><br> Plaintiffs, <br> v. <br><br> OFFICER ZINCHUK, *et. al.*, <br><br> and the CITY OF CHICAGO. | No. 08-cv-06688 <br><br> Honorable Judge Shadur |

## NOTICE OF DEPOSITION

To:

| | |
|---|---|
| Misha Itchhaporia, Esq. <br> mitchhaporia@borkanscahill.com | Liza Franklin, Esq. <br> Liza.franklin@cityofchicago.org <br><br> Tiffany Yvette Harris, Esq. <br> Tiffany.harris@cityofchicago.org |
| Derek B. Payette, Esq. <br> dpayette@dykema.com <br><br> Paul A. Michalik, Esq. <br> pmichalik@dykema.com | Federal Civil Rights Litigation Division <br> City of Chicago, Department of Law <br> 30 North LaSalle Street, Suite 900 <br> Chicago, IL 60602 <br> Fax: (312) 744-6566 |

DEPOSITION SCHEDULE

| Deponent | Date | Time |
|---|---|---|
| 30(b)(6) witness from the City of Chicago, who is most knowledgeable as to the I.P.R.A. investigation that was conducted regarding the allegations that are found in Bate Stamp | June 16, 2014 | 10:00 a.m. |

| | | |
|---|---|---|
| Numbers 000001-000024. Exhibit A. Specifically, Plaintiffs seek information regarding the nature of the investigation, conclusions and basis for conclusions. Plaintiffs seek an interpretation of all documents that formed the basis of the investigation. | | |
| 30(b)(6) witness from the City of Chicago to testify as to the identity of officers who can be heard over the radio traffic produced in discovery relating to the November 4-5, 2008 election night incidents. | June 16, 2014 | 1:30 p.m. |

You are hereby notified that the undersigned or another attorney at The Blake Horwitz Law Firm will take the deposition of the above named deponents before a notary public or any other duly authorized officer in the City of Chicago on the above referenced dates.

Location of Deposition: 111 W. Washington, Suite 1611, Chicago IL, 60602

You are hereby further notified pursuant to the Federal Rules of Civil Procedure you are required to have present at the date, time and place stated, the said Deponent for oral examination for the purpose of discovery.

                                                  Respectfully submitted,
                                                     /s/ Blake Horwitz
                                            Attorney for the Plaintiff

The Blake Horwitz Law Firm
111 W. Washington, #1611
Chicago, Illinois 60602
Ph (312) 676-2100
Fax (312) 372 7076

## CERTIFICATE OF SERVICE

      I, Blake W. Horwitz, hereby certify that on May 27, 2014, I have served a true and correct copy of this 30(b)(6) deposition notice upon each attorney of record via email.

      Respectfully submitted,

      /s/ Blake Horwitz
      Attorney for the Plaintiff

The Blake Horwitz Law Firm
111 W. Washington, #1611
Chicago, Illinois 60602
Ph (312) 676-2100
Fax (312) 372 7076