# EXHIBIT B

[REDACTED]

This Exhibit is tendered *in camera* to Judge Shadur's Chambers at the U.S. Court for the Northern District of Illinois on June 5, 2014.