THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER, et. al. | |
| Plaintiffs, | No. 08-cv-6688 |
| v. | Honorable Judge Shadur |
| ZINCHUK, et. al. | Magistrate Judge Gilbert |
| Defendants. | |

PLAINTIFFS' UNCONTESTED MOTION TO FILE EXHIBIT B UNDER SEAL

NOW COME the Plaintiffs, Latanya Alexander, *et al*, by and through their attorney, Blake Horwitz, Esq., and hereby move this Court to give Plaintiffs leave to file two exhibits under seal. In support of their motion, Plaintiffs state as follows:

1. On June 5, 2014, Plaintiffs filed a Motion to Compel designation of Rule 30(b)(6) witnesses by the Defendant City of Chicago. [D.E. 337].

2. Plaintiffs now seek leave of this Court to file Exhibit "B" to their motion to compel under seal.[1]

3. Exhibit B contains confidential information relating to the I.P.R.A. investigation conclusions provided by the Defendants. These documents are marked as "confidential" pursuant to this Court's March 24, 2009 order. [D.E. 38].

4. Counsel for the Parties agreed that these conclusions should be filed under seal to protect the investigatory integrity of the Defendant City of Chicago.

---

[1] These documents are included in the courtesy copy tendered to the Court on June 5, 2014.

WHEREFORE, the Plaintiffs request that this Court grant leave to plaintiffs to file Exhibit "B" to their motion to compel under seal.

Respectfully Submitted,

/s/ **Blake Horwitz**

Blake Horwitz, Esq.
Plaintiffs' Attorney


**THE BLAKE HORWITZ LAW FIRM, LTD.**
Blake Horwitz, Esq.
111 W. Washington, Suite 1611
Chicago, Illinois 60602
312-676-2100