**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LENNETH SUGGS, et al. ) | |
| ) | |
| Plaintiff, ) | No. 08 C 6688 |
| ) | |
| v. ) | Judge Chang |
| ) | |
| CITY OF CHICAGO, et al. ) | Magistrate Judge Gilbert |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:  Service List

    **PLEASE TAKE NOTICE** that undersigned counsel shall appear before the Honorable Judge Edmond Chang or any judge sitting in his stead, on **19th, April, 2017**, at **8:30 a.m.**, at 219 South Dearborn, Chicago, IL 60602, and present the attached motion.

DATED at Chicago, Illinois this 14th day of April, 2017.

                              Respectfully submitted,

                              /s/ Devlin J. Schoop
                              DEVLIN J. SCHOOP
                              Senior Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
(312) 744-1056 Phone
(312) 744-3989 Fax
Attorney No. 06243835