UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LATANYA ALEXANDER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No.: 08 CV 6688 |
| | ) | |
| OFFICER ZINCHUK, et al., | ) | JUDGE CHANG |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO RECONSIDER THE APRIL 23, 2017 ORDER REGARDING THE PHOTO ARRAY

NOW COME Defendants, by and through their attorneys, BORKAN & SCAHILL, LTD., and for their Motion to Reconsider the April 23, 2017 Order Regarding the Photo Array, state as follows:

During this Court's April 5, 2017 pretrial conference and subsequent order of April 23, 2017, the parties were ordered to provide a "photo array" for use of the Court and jury during trial. *See* Dkt. 523. This Court issued its ruling on Defendants' Motion for Partial Summary Judgement, which resolved all claims against former Defendants: Mark Struke, Donald Kroski, Adam Criscione, Michael Stevens, Walter Green, William Kilroy, and Jennifer Jacobucci. *See* Dkt. 521. Despite their new role as non-defendants, this Court has still ordered that those seven officers remain on the photo array of the parties. *See* Dkt. 523 at p. 8. Defendants request that this Court reconsider that order.

Federal Rule of Civil Procedure 59(e) allows a party to file a motion to alter or amend a prior ruling. Fed. R. Civ. P. 59(e); *Jones v. Nat'l Council of Young Men's Ass'n of U.S.*, No. 09 C 6438, 2011 WL 2491353, at *1 (N.D. Ill. June 16, 2011). Rules 59(e) allows a party to direct the district court's attention to errors of law or fact, and "enables the court to correct its own

errors and thus avoid unnecessary appellate procedures." *Miller v. Safeco Ins. Co. of America*, 683 F.3d 805, 813 (7th Cir. 2012) (quoting *Moro v. Shell Oil Co.*, 91 F.3d 872, 876 (7th Cir. 1996)). Here, this Court's April 24, 2017 order requiring Defendants to include photographs of officers who are no longer Defendants would be very confusing to the jury, and prejudicial to Defendants.

To unnecessarily provide the jury with the photographs of these seven individuals, who may only testify as a witness if at all, is highly likely to confuse the jury and would be unfairly prejudicial to Defendants and the former Defendants. Some of these individuals may not be called at trial testify, so there is no need for the jury to have their photographs. The jury would be distracted, wondering why they have this individual's photograph and why they did not testify. Whereas, other witnesses will likely be called at trial but no photograph provided to the jury as part of the array, raising the question for the jury as to the importance of that witness's testimony as they do not have their photograph. As such, the inconsistency of including photographs of some witnesses (all of whom are Chicago Police Officers) but not others, will likely raise questions in the jury's mind regarding their inclusion, and infer that they were once parties in direct contradiction with this Court's rulings on the motions *in limine*. Thus, to prevent this confusion and prejudice, under Rule 403, Defendants request that this Court reconsider its order, and allow Defendants to provide a photo array of only remaining Defendant Officers: Karina Cristobal, Timothy Duggan, Terry Frigo, Andrew Kroll, Wojciech Lacz, Matthew Little, Adam Wazny, Albert Wyroba, John Zinchuk.

WHEREFORE, Defendants pray that this Court amend its April 24, 2017 Order as it relates to the photo array, and only require Defendants to provide photographs of those

individual Defendants remain as parties in this case, and for any other relief that this court deems proper.

                                                                Respectfully submitted,

                                                                BORKAN & SCAHILL, LTD.

                                                                By: /s/ Whitney N. Hutchinson
                                                                         Whitney N. Hutchinson

BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030