IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LATANYA ALEXANDER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No.:   08 CV 6688 |
| vs. | ) | |
| | ) | |
| OFFICER ZINCHUK, et al., | ) | Judge Edmond E. Chang |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO RECONSIDER COURT'S RULING ON DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants, by and through their attorneys, and for their Motion to Reconsider the Court's Ruling on Defendants' Partial Motion for Summary Judgment, state as follows:

1. On September 29, 2016, Defendants filed a Partial Motion for Summary Judgment, wherein they moved for summary judgment on the excessive force and failure to intervene claims of certain Group B Plaintiffs, specifically, Rosalind Ball, Christopher Cobbs, Lorenzo Fulton and Latina Williams. Dkt. 403 at 12.

2. On April 23, 2017, the Court ruled on Defendants' Partial Motion for Summary Judgment. Dkt. 521.

3. In so doing, the Court denied the Defendants' Partial Motion for Summary Judgment as it relates to the claims of excessive force and failure to intervene brought by Group B Plaintiffs, Rosalind Ball, Christopher Cobbs, Lorenzo Fulton and Latina Williams. *Id.*

4. Specifically, with respect to Plaintiff Rosalind Ball, the Court found that "Ball states that Officer Karina Cristobal was the one who sprayed her, so that claim survives." *Id*. at 23.

1

5. Plaintiff Rosalind Ball identified Officer Cristobal as the officer that dispersed OC spray at her without warning at 167 N. Latrobe, for the *first time*, in the Plaintiffs' Statement of Facts (PSOF ¶ 236-239) in response to Defendants' Partial Motion for Summary Judgment.

6. In Plaintiffs' Fifth Amended Complaint, Plaintiff Rosalind Ball brings claims of excessive force and failure to intervene *only against* the Defendant Officers in Sgt Little's team, that is: Little, Wazny, Lacz, Wyroba, Kroll, Frigo, Duggan and Zinchuk. Dkt. 356 at ¶¶ 148-153.

7. As such, Plaintiff Rosalind Ball cannot amend the Fifth Amended Complaint at the summary judgment stage to add, for the first time, an entirely new legal claim against a new party. To that end, it is will established that parties cannot amend their complaints through summary judgment arguments. *See Grayson v. O'Neill,* 308 F.3d 808, 817 (7th Cir. 2002)(" '[A] plaintiff may not amend their complaint through arguments in his brief in opposition to a motion for summary judgement.'") quoting *Shanahan v. City of Chicago*, 82 F.3d 776, 781 (7th Cir. 1996)*; Colbert v. Willingham,* 2015 WL 3397035, * 13 (N.D. Ill. 2015); *ExxonMobil Oil Corp., v. Amex. Constr. Co.*, 702 F. Supp. 2d 942, 966 (N.D. Ill. 2010).

8. Plaintiff Rosalind Ball raised no such claim against Officer Cristobal in the Fifth Amended Complaint; and therefore, she cannot amend the Fifth Amended Complaint in the summary judgment briefs to press it now.

9. As there is no Plaintiff that has identified Officer Cristobal as the officer allegedly responsible for dispersing OC spray on November 4 or 5, 2008 or personally involved in any other alleged constitutional deprivation, and no such allegation has been asserted in Plaintiffs' Fifth Amended Complaint, Officer Cristobal is entitled to summary judgment for the reasons set forth in Defendants' Partial Motion for Summary Judgment and related briefing.

10. Federal Rule of Civil Procedure 59(e) allows a party to file a motion to alter or amend a prior ruling. Fed. R. Civ. P. 59(e); *Jones v. Nat'l Council of Young Men's Ass'n of U.S.*, No. 09 C 6438, 2011 WL 2491353, at *1 (N.D. Ill. June 16, 2011). Rules 59(e) allows a party to direct the district court's attention to errors of law or fact, and "enables the court to correct its own errors and thus avoid unnecessary appellate procedures." *Miller v. Safeco Ins. Co. of America*, 683 F.3d 805, 813 (7th Cir. 2012) (quoting *Moro v. Shell Oil Co.*, 91 F.3d 872, 876 (7th Cir. 1996)).

11. Accordingly, Defendants move this Court to reconsider its ruling and grant summary judgment in favor of Defendant Officer Cristobal.

WHEREFORE, Defendants pray that this Court reconsider its ruling on Defendants' Partial Motion for Summary Judgment and grant summary judgment in favor of Defendant Officer Cristobal and for whatever relief this Court deems fit.

        Respectfully submitted,

        BORKAN & SCAHILL, LTD.


        By: /s/ Misha Itchhaporia
            Misha Itchhaporia

BORKAN & SCAHILL, LTD.
Two First National Plaza
20 South Clark Street, Suite 1700
Chicago, Illinois 60603
(312) 580-1030