Sherwin Ott, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−06688
                                                Honorable Edmond E. Chang

Officer Zinchuck, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 24, 2017:

    MINUTE entry before the Honorable Edmond E. Chang: The Court made a mediator's recommendation this afternoon, communicated separately to each side. Although the Court set a deadline of 04/26/2017 at 4:30 p.m. to respond, the Court encourages both sides to respond as promptly as practicable. And the Court emphasizes again that the parties ought to give the most serious consideration to the recommendation, which the Court believes (based on a detailed review of the record) is a fair and reasonable outcome in light of the litigation risks and equities on both sides. Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.