## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Sherwin Ott, et al.
        Plaintiff,

v.              Case No.: 1:08−cv−06688
              Honorable Edmond E. Chang

Officer Zinchuck, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2017:

  MINUTE entry before the Honorable Edmond E. Chang: Although the result of the settlement negotiation is still pending, the Court sets the following deadlines and issues the following decision. On Defendants' motion to bar voting history and political affiliation [517], Plaintiffs shall respond in writing by 2 p.m. on 04/27/2017. As the Court held in denying Plaintiffs' motion in limine No. 18, motive is not a *legal* element of the claims, but is *factually* relevant to proving (or disproving) what the officers did (or did not do). So the defense motion cannot be granted on the mere grounds that motive is not an element of the claims. R. 517 at 3−4. Of course, there are potential First Amendment and Rule 403 concerns, both of which Plaintiffs must address in the response. On Plaintiffs' motion to reconsider sanctions in part [524], the defense shall respond by 2 p.m. on 04/27/2017. On the defense motion to reconsider [526] the photo array, if the former Defendants are still on Plaintiffs' witness list, then they must be included on the array. The jury can be instructed with appropriate warnings. So unless Plaintiffs tell the defense that they are withdrawing the former Defendants from the possible−witness list by 2 p.m. on 04/26/2017, the defense still must include those Defendants. On the defense motion to reconsider as to Cristobal [528], Plaintiffs response is due by 9 p.m. on 04/27/2017. Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.